**DISTRICT OF OREGON**
**F I L E D**
**October 07, 2013**
**Clerk, U.S. Bankruptcy Court**

1

Below is an Order of the Court.

2

3

4

5

6

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

7

8

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

9

10

11    In re                                    )    Case No. 308-36038-tmb13
                                               )
12    RICK A MYRON                              )
                                               )    ORDER ON TRUSTEE
13                                              )    MOTION TO DISMISS
                                               )
14                    Debtor                    )

15

16

17    The Motion to Dismiss filed by Wayne Godare, Chapter 13 Trustee ("Trustee"), filed with

18    the court on or about August 16, 2013, came on for hearing before this court on October 2, 2013.

19    Trustee appeared through Jack Fisher, his attorney. Debtor appeared through Kyle W. Schumacher,

20    of his attorneys. The Court heard argument on the issues and being fully advised, now, therefore,

21    IT IS ORDERED that debtor must complete the Chapter 13 plan and payoff the case by

22    November 29, 2013.  If debtor fails to complete the plan and payoff the case by November 29, 2013,

23    the Court shall dismiss this case upon the filing by Trustee of a *Statement of Failure to*

24

25

26

27    1  ORDER ON TRUSTEE MOTION TO DISMISS

*Comply,* which recites that the debtor failed to complete the plan and payoff the case by the required

deadline.

# # #

I certify that I have complied with the requirements of LBR 9021(a)(2)(A).

Presented by:

/s/ Melvin Jack Fisher, Jr.
Attorney for Wayne Godare


cc:      Debtor
         Debtor's attorney

2  ORDER ON TRUSTEE MOTION TO DISMISS